Christine Doellefield, Appellee, v. Travelers Insurance Company, Appellant.

Gen. No. 9,632.

Heard in this court at February term, 1941; opinion filed August 14, 1941; rehearing denied

December 16, 1941. C. H. Linscott, for appellant; Lisle W. Menzimer and Hall & Dusher, for appellee. Opinion by JUSTICE HUFFMAN. ''Not to be published in full.''